UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Jane Doe,

Plaintiff,

v.

Friendship Place, et al.,

Defendants.

Civil Action No. 1:25-cv-00727 (JEB)

---

COMBINED NOTICE AND MOTION REGARDING PUBLIC FILINGS, REQUEST FOR LIMITED EXTENSION, AND REQUEST FOR PARTIAL UNSEALING OF DOCKET

Plaintiff Jane Doe respectfully submits this Combined Notice and Motion in response to the Court's April 22, 2025 Memorandum Opinion and Order.

1. Public Filings

Plaintiff's Clarification of Record and Response to April 22, 2025 Order and Sworn Declaration of Jane Doe in Support of Civil Rights Relief and Constitutional Protection, filed contemporaneously with this Combined Notice and Motion, have been carefully prepared to comply with the Court's directives regarding privacy, confidentiality, and narrow redactions.

Plaintiff respectfully submits that these filings are public-facing and should remain unsealed to preserve transparency and the public's right of access to judicial records, consistent with the First Amendment and common law rights recognized in Richmond Newspapers, Inc. v. Virginia, 448 U.S. 555 (1980), and Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006).

2. Request for Limited Extension

Plaintiff respectfully moves for a limited extension of seven (7) days, up to and including May 5, 2025, to refile prior documents requiring corrections or redactions pursuant to the Court's April 22, 2025 Order.

This request is made in good faith, to ensure compliance with privacy protections, while maintaining the integrity of the public record.

RECEIVED

APR 28 2025

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Plaintiff will promptly notify opposing counsel upon filing corrected documents, consistent with Federal Rule of Civil Procedure 5(a) and the Local Rules of this Court.

3. Request for Partial Unsealing of Docket

Plaintiff respectfully moves the Court to partially unseal the docket immediately, maintaining sealing protections only for documents containing sensitive trauma-related, medical, or personally identifying information.

Even if Plaintiff's corrected initial Complaint and other filings are pending redaction, Plaintiff submits that the docket should not remain sealed in its entirety.

The presumption of public access to judicial proceedings is a fundamental principle, as reaffirmed by the Supreme Court in Press-Enterprise Co. v. Superior Court, 478 U.S. 1 (1986).

Temporary procedural issues do not warrant continued wholesale sealing.

Accordingly, Plaintiff respectfully requests that the Court unseal filings that are properly public-facing — including Plaintiff's Clarification of Record, Sworn Declaration, and this Combined Notice and Motion — while maintaining appropriate sealing for confidential filings.

4. Notice of Good Faith Notification to Defendants

Plaintiff confirms that:

- As of April 27, 2025, Plaintiff notified Friendship Place's counsel that she is proceeding under pseudonym and filing under seal as required;

- Plaintiff will provide Defendants' counsel with copies of today's public filings;

- Plaintiff will also provide Defendants' counsel, in good faith, with copies of all prior filed documents that are being corrected and redacted, to ensure procedural fairness and notice.

Plaintiff's actions are consistent with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the constitutional principles of due process.

This good faith notice is made without waiving Plaintiff's pseudonymity protections or confidentiality rights as ordered by the Court.

Respectfully submitted,

Jane Doe

Plaintiff, Pro Se

Civil Action No. 1:25-cv-00727 (JEB)

Dated: April 28, 2025