IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Jane Doe,
*Plaintiff,*

v.

Friendship Place, et al.,
*Defendants.*

Civil Action No. 1:25-cv-00727

———

# EMERGENCY MOTION FOR LEAVE TO FILE AMENDED COMPLAINT OUT OF TIME

# DUE TO PROCEDURAL AMBIGUITY AND CONTINUING ESCALATION OF HARM

NOW COMES Plaintiff *Jane Doe*, appearing pro se, and respectfully moves this Court for leave to file her Amended Complaint **nunc pro tunc** due to the following:

1. On **April 28, 2025**, Plaintiff filed a timely motion requesting a **7-day extension** to submit a redacted and updated complaint, in accordance with the Court's earlier Minute Order permitting pseudonymous proceedings and amended pleadings.

2. As of today's date (**May 8, 2025**), Plaintiff has received **no ruling** on that request. In the absence of an order denying the motion, Plaintiff reasonably awaited the Court's determination before filing, to avoid procedural duplication or contempt.

3. In the intervening days, the **harm described in prior filings has materially escalated**, requiring urgent attention and updated pleadings. Plaintiff's attempt to redact sensitive information and shield her identity from retaliatory misuse has been met with further legal and reputational exposure.

4. Out of respect for judicial process and Rule 15(a)(2), Plaintiff now submits this **Motion for Leave to File Out of Time**, accompanied by her **Amended Complaint**.

5. Plaintiff respectfully requests that the Court **accept the attached filing nunc pro tunc** and grant her leave to proceed in the interest of justice, procedural clarity, and ongoing constitutional protection.

WHEREFORE, Plaintiff prays this Court will:

RECEIVED
MAY 8 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

- Grant leave to file the attached Amended Complaint out of time;
- Accept the filing nunc pro tunc to May 6, 2025 (or date deemed equitable);
- And for any other relief the Court deems just and proper.

Respectfully submitted,

**Jane Doe** (pseudonym)
Pro Se Plaintiff

*/s/ Jane Doe*
8 May 2025